**Fill in this information to identify the case:**

Debtor 1 __MARTA ROQUE ROLAND__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__   District of __Texas__
(State)

Case number __20-30583-HCM-13__

Official Form 410S1

# Notice of Mortgage Payment Change                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 5 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2023

**New total payment:** $ 1,941.96
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 757.68        New escrow payment: $ 818.78

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1  MARTA ROQUE ROLAND
First Name   Middle Name   Last Name

Case number (if known) 20-30583-HCM-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor

☐ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ PAUL KIM
Signature

Date 09/22/2023

Print: PAUL   KIM
First Name   Middle Name   Last Name

Title ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address  4004 Belt Line Rd Ste. 100
Number   Street

ADDISON, TEXAS 75001
City   State   ZIP Code

Contact phone (972) 386-5040

Email WDECF@BDFGROUP.COM

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ PAUL KIM                                                09/22/2023
PAUL KIM
TX NO. 24001182
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: WDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MARTA ROQUE ROLAND
6556 TOIVOA
EL PASO, TX 79932-2566

**DEBTOR'S ATTORNEY:**
MICHAEL R. NEVAREZ
P,O BOX 12247
EL PASO, TX 79913

**TRUSTEE:**
STUART C. COX
1760 N. LEE TREVINO DR
EL PASO, TX 79936